# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| Grayling Davis | |
| --- | --- |
| | Petitioner |
| V. | |
| Bernard Brady et al | |
| | Respondents |

CIVIL ACTION
NO. _____

04 10386 MLW

**APPEARANCE**

Please enter my appearance as counsel in this case for Grayling Davis, Petitioner.

I certify that I am admitted to practice in this court.

February 25, 2004
Date

Signature

David B. Mark             320510
Print Name                Bar Number

74 Baker Street
Address

Warren          RI          02885
City            State       Zip

(401) 247-449          (401) 247-4413
Phone Number           Fax Number