# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| Grayling Davis | |
| --- | --- |
| | Petitioner |
| V. | |
| Bernard Brady et al | |
| | Respondents |

CIVIL ACTION
NO. 04 10386 MLW

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), I am withdrawing as counsel for the petitioner, Grayling Davis.

March 18, 2004
Date

_[signature]_
Signature

David B. Mark          320510
Print Name             Bar Number

74 Baker Street
Address

Warren          RI          02885
City            State       Zip

(401) 247-449       (401) 247-4413
Phone Number        Fax Number

## Certificate of Service

I, James M. Fox, successor counsel to the Petitioner, hereby certify that this day I served a copy of the foregoing by first class mail, postage prepaid, on the following interested parties:

Loretta Lillios, ADA
Office of the District Attorney
40 Thorndike Street
East Cambridge, MA 02141

Grayling Davis (W-62595)
Old Colony C.C.
One Administration Road
Bridgewater, MA 02324

David Mark, Esq.
74 Baker Street
Warren, RI 02885

Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108-1698

James M. Fox, Esq.

March 22, 2004