UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY -3 P 3:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Grayling Davis )
) Civil Action No. 04-10386-MLW
)
v. )
) Appearance
)
Superintendent, )
Old Colony Correctional Center )
)

I, James M. Fox, appointed by the Massachusetts Committee for Public Counsel Services to represent the Petitioner in post trial matters, now make my appearance on behalf of the Petitioner, pursuant to Local Rule 83.5.2.

James M. Fox, Esq.
BBO # 556829
84 State Street, Suite 300
Boston, MA 02109
(617)227-0075

April 30, 2004

Certificate of Service

I, James M. Fox, successor counsel to the Petitioner, hereby certify that this day I served a copy of the foregoing by first class mail, postage prepaid, on the following interested parties:

Loretta Lillios, ADA
Office of the District Attorney
40 Thorndike Street
East Cambridge, MA 02141

Grayling Davis (W-62595)
Old Colony C.C.
One Administration Road
Bridgewater, MA 02324

David Mark, Esq.
74 Baker Street
Warren, RI 02885

Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108-1698

James M. Fox, Esq.

April 30, 2004