**JAMES M. FOX**
ATTORNEY AT LAW
84 STATE STREET, SUITE 300
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617)227-0075
FACSIMILE (617)742-1769

FILED
CLERKS OFFICE

2004 JUN 16  A 10: 50

U.S. DISTRICT COURT
DISTRICT OF MASS

June 14, 2004

Judge Mark L. Wolf
U.S. District Court
One Courthouse Way, Room 2300
Moakley Federal Courthouse
Boston, MA 02210

Re:   SCHEDULING REQUEST
      *Grayling Davis v. Superintendent, Old Colony Correctional Center*
      Civil Action No. 04-10386-MLW

Dear Judge Wolf:

I represent the Petitioner in the above habeas proceeding, by appointment from the Massachusetts Committee for Public Counsel Services. The habeas petition was filed by prior counsel on Mr. Davis' behalf. Since filing my appearance, I have been in the process of reviewing the case and evaluating issues, as well as complying with filing deadlines and preparing for hearings in other cases. I intend to file a supporting memorandum and, if appropriate, amend the habeas petition by August 6, 2004. If this conflicts with the court's schedule or if the court requires memorandum filing prior to that date, kindly advise.

Very truly yours,

James M. Fox

cc:   Massachusetts Attorney General
      Grayling Davis