UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRAYLING DAVIS,<br>    Petitioner,<br><br>         v.<br><br>BERNARD BRADY,<br>THOMAS REILLY<br>    Respondents. | )<br>)<br>)<br>)<br>)  C.A. No. 04-10386-MLW<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                              June 21, 2004

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of the court is hereby ORDERED to serve a copy of the Petition for Writ of Habeas Corpus ("Petition") by mailing copies of the same, certified mail, to the respondents and the Attorney General for the Commonwealth of Massachusetts, Attention: William J. Meade, Chief, Appellate Division, Criminal Bureau, Commonwealth of Massachusetts, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598.

It is further ORDERED that the respondents shall, within twenty (20) days of receipt of this Order, file an answer or other proper responsive pleading to the Petition. This court requests that as part of the response, the respondents file such documents as are necessary to show whether the petitioner exhausted available state remedies with respect to the matters raised by the Petition.

                                          /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE