UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Grayling Davis<br><br>v.<br><br>Superintendent,<br>Old Colony Correctional Center | Civil Action No. 1:04-CV-10386-MLW<br><br>Motion for Extension of Time to Amend<br>(2254 Petition and Memorandum) |

Grayling Davis, Petitioner, pursuant to Fed.R.Civ.P. 6(b), moves to extend the time for filing an amended 2254 petition or any supporting memorandum by sixty (60) days. The undersigned submits that this additional requested time is necessary to render effective assistance of counsel to Mr. Davis, as mandated by the Sixth Amendment. In support thereof, the Petitioner relies on counsel's affidavit, filed along with this motion.

Per Local Rule 7.1, I certify that I conferred with counsel for the Commonwealth, AAG Natalie Monroe, to attempt in good faith to resolve or narrow the issue. The Commonwealth assents to this motion.

Respectfully submitted,
GRAYLING DAVIS

By _____
James M. Fox, Esq.
BBO # 556829
84 State Street, Suite 300
Boston, MA 02109
(617)227-0075

August 5, 2004