UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Grayling Davis | Civil Action No. 1:04-CV-10386-MLW |
| v. | Certificate of Service<br>(Motion for Extension of Time) |
| Superintendent,<br>Old Colony Correctional Center | |

I, James M. Fox, counsel to the Petitioner, hereby certify that this day I served a copy of the Petitioner's (1) MOTION FOR EXTENSION OF TIME TO AMEND; and (2) COUNSEL'S AFFIDAVIT by first class mail, postage prepaid, on the following interested parties:

Natalie Monroe, AAG
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108

Grayling Davis (W-62595)
Old Colony C.C.
One Administration Road
Bridgewater, MA 02324

James M. Fox, Esq.

August 5, 2004