UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GRAYLING DAVIS,<br>　　　Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br>　　　Superintendent, Old Colony<br>　　　Correctional Center,<br>　　　　　Respondent. | Civil Action No. 04-10386-MLW |

**ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

　　The respondent, by and through his counsel, the Attorney General of the Commonwealth of Massachusetts, hereby requests that the Court extend the time within which he must respond to the petition for a writ of habeas corpus that is the subject of the captioned action.  By this motion, the respondent requests an extension to and including March 4, 2005 to respond to the petition and memorandum of law.  The petitioner's counsel has assented to the requested extension.  As grounds for this motion, the undersigned counsel states that she is leaving the Attorney General's Office as of Friday, January 7, 2005.  The file in the case is extensive, as the underlying state criminal proceeding was complicated and the petition itself and asserts twelve claims for relief.  Successor counsel therefore will require time to review and analyze the case before responding to the petition.

**WHEREFORE**, the present motion should be allowed and an order should enter allowing the respondent an extension to and including March 4, 2005 to respond to the petition.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Dated: January 5, 2005

/s/  Natalie S. Monroe
Natalie S. Monroe (BBO # 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, x2833

## RULE 7.1 CERTIFICATION

I hereby certify that I conferred with the plaintiff's counsel, James M. Fox, Esq., by telephone on January 5, 2004.  Mr. Fox assented to the requested extension.

/s/  Natalie S. Monroe
Natalie S. Monroe