UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GRAYLING DAVIS,<br>       Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br>       Respondent | )<br>)<br>)<br>)<br>)   Civil Action No. 04-10386-MLW<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned assistant attorney general as counsel for the respondent, Bernard Brady.

                                              THOMAS F. RILEY
                                              Attorney General


                                              /s/ Daniel I. Smulow
                                              Daniel I. Smulow, BBO 641668
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200 ext. 2949

Dated: February 23, 2005