

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 15, 2005

VIA U.S. MAIL

Sarah A. Thornton, Clerk
United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    ***Grayling Davis v. Bernard Brady***
              **Civil Action No. 04-10386-MLW**

Dear Ms. Thornton:

      I represent the respondent in the above-captioned habeas corpus action. Earlier today, I filed electronically the respondent's memorandum in opposition. Please find enclosed for filing copies of the transcripts that I cited in that memorandum.

      Thank you for your attention to this matter.

Very truly yours,

Daniel I. Smulow
Assistant Attorney General

DIS/fhs

enclosure

cc    James Fox, esq.