UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>GRAYLING DAVIS</u>**
     **Plaintiff**

    v.                                                       C.A. No. 04-10386-MLW

**<u>BERNARD BRADY</u>**
     **Defendants**

**<u>JUDGMENT</u>**

**<u>WOLF, D. J.</u>**

In accordance with the Court's Memorandum and Order dated <u>March 26, 2007</u> allowing the <u>Plaintiff's</u> Petition for habeas Corpus (Docket No. 1) in the above-referenced action, it is hereby ORDERED:

Judgment for the <u>  Defendant</u>.

                                                                               By the Court,

<u>**March 26, 2007**</u>                                                 <u>/s/ Dennis O'Leary</u>
**Date**                                                                               **Deputy Clerk**

(judge-sj.wpd - 12/98)                                                                                                                                                     [jgm.]