UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
Grayling Davis,                )
       Petitioner,             )
v.                             )   Civil Action No. 1:04-10386-MLW
                               )
Bernard Brady, Superintendent, )
Old Colony Correctional Center,)
       Respondent.             )
_____ )

**Notice of Appeal**

Grayling Davis, Petitioner, pursuant to Fed.R.App.P. 4 and 22, hereby gives notice of his intention to appeal the rulings and findings of the district court, including the Judgment and related Memorandum and Order, rejecting his habeas corpus petition, issued on March 26, 2007.

Respectfully submitted,
Grayling Davis,


By  /s/ James M. Fox
James M. Fox, Esq.
BBO # 556829
84 State Street, Suite 300
Boston, MA 02109
(617)227-0075

March 29, 2007