UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Grayling Davis,<br>      Petitioner,<br>v.<br><br>Bernard Brady, Superintendent,<br>Old Colony Correctional Center,<br>      Respondent. | Civil Action No. 1:04-10386-MLW |

**Motion for Issuance of Certificate of Appealability**

    Grayling Davis, Petitioner, hereby moves, pursuant to 28 U.S.C. § 2253, Fed.R.App.P. 22(b), and First Circuit Rule 22.1, for issuance of a certificate of appealability to challenge the (1) Judgment; and (2) Memorandum and Order, issued by this court on March 26, 2007.  In support thereof, Davis relies upon his memorandum filed with this motion.

                                                        Respectfully submitted,
                                                        Grayling Davis,

                                                        By   /s/ James M. Fox
                                                        James M. Fox, Esq.
                                                        BBO # 556829
                                                        84 State Street, Suite 300
                                                        Boston, MA 02109
                                                        (617)227-0075

March 29, 2007