## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-10386

Grayling Davis

v.

Bernard Brady

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-17, 19, 20, 22-32

and contained in 1 Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  3/29/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 17, 2007.

Sarah A. Thornton, Clerk of Court

By:

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/18/07 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06